STATE of Missouri,
Plaintiff/Respondent,

v.

Christopher CARTER,
Defendant/Appellant.

No. ED 88187.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 13, 2007.

Shaun J. Mackelprang, Assistant Attorney General, Joshua N. Corman, Jefferson City, MO, for respondent.

Irene Karns, Columbia, MO, for appellant.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Defendant, Christopher Carter, appeals from the judgment entered on a jury verdict finding him guilty of felony stealing in violation of section 570.030 RSMo (2000). The trial court found defendant to be a prior and persistent offender and sentenced him to ten years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).